UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES CURRY and
KENDRA CURRY,

    Plaintiffs,

vs.

WELLS FARGO BANK c/o
OPTION ONE MORTGAGE CORPORATION,

and

AMERICAN HOME MORTGAGE SERVICING, INC.,

and

EXPERIAN INFORMATION SOLUTIONS, INC.,

and

EQUIFAX INFORMATION SERVICES, LLC.

    Defendants.

Civil Action No: 3:08cv623

## **MOTION TO DISMISS OF AMERICAN HOME MORTGAGE SERVICING, INC.**

Defendant American Home Mortgage Servicing, Inc. ("American"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules Of Civil Procedure, does hereby move this Court for an Order dismissing it as a Defendant in this matter with prejudice on the grounds that the Complaint filed herein fails to state a claim for which relief can be granted against American for the reasons stated in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully submitted,
AMERICAN HOME MORTGAGE
SERVICING, INC.,

By: /s/
Glen M. Robertson, Esquire
Virginia State Bar No. 30161
Attorney for Defendant American
Home Mortgage Servicing, Inc.
WOLCOTT RIVERS GATES
One Columbus Center, Suite 1100
Virginia Beach, Virginia 23462
(757) 497-6633
Fax: (757) 497-7267
grobertson@wolriv.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robin A. Abbott, Esquire
Gary L. Abbott, Esquire
Leonard Anthony Bennett, Esquire
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
*Counsel for Plaintiffs*

/s/
Glen M. Robertson, Esquire
Virginia State Bar No. 30161
Attorney for Defendant American
Home Mortgage Servicing, Inc.
WOLCOTT RIVERS GATES
One Columbus Center, Suite 1100
Virginia Beach, Virginia 23462
(757) 497-6633
Fax: (757) 497-7267
grobertson@wolriv.com