UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES CURRY and
KENDRA CURRY,

        Plaintiffs,

vs.

WELLS FARGO BANK, et al.

        Defendants.

Civil Action No: 3:08cv623

## MOTION TO DISMISS OF AMERICAN HOME MORTGAGE SERVICING, INC.

Defendant American Home Mortgage Servicing, Inc. ("American"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules Of Civil Procedure, does hereby move this Court for an Order dismissing it as a Defendant in this matter with prejudice on the grounds that the First Amended Complaint filed herein fails to state a claim for which relief can be granted against American for the reasons stated in the accompanying Memorandum in Support of Motion to Dismiss.

    Respectfully submitted,
    AMERICAN HOME MORTGAGE
    SERVICING, INC.,

By: /s/
    Glen M. Robertson, Esquire
    Virginia State Bar No. 30161
    Attorney for Defendant American
    Home Mortgage Servicing, Inc.
    WOLCOTT RIVERS GATES
    One Columbus Center, Suite 1100
    Virginia Beach, Virginia 23462
    (757) 497-6633
    Fax: (757) 497-7267
    grobertson@wolriv.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robin A. Abbott, Esq.
Gary L. Abbott, Esq.
Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, PC
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
*Counsel for Plaintiffs*


Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
*Counsel for Plaintiffs*

John W. Montgomery, Jr., Esq.
Montgomery & Simpson, LLLP
2116 Dabney Rd. Suite A-1
Richmond, VA 23230
*Counsel for Defendant, Equifax Information Services, LLC*

David N. Anthony, Esq.
Michael E. Lacy, Esq.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
*Counsel for Experian Information Solutions, Inc.*

Travis A. Sabalewski, Esq.
Reed Smith, LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
*Counsel for Option One Mortgage Corporation*

                                                  /s/
                                                Glen M. Robertson, Esquire
                                                Virginia State Bar No.   30161
                                                Attorney for Defendant Wells Fargo Bank

WOLCOTT RIVERS GATES
One Columbus Center, Suite 1100
Virginia Beach, Virginia 23462
(757) 497-6633
Fax: (757) 497-7267
grobertson@wolriv.com