# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**CHARLES & KENDRA CURRY,**

        Plaintiffs,

CASE NO. 3:08cv00623

v.

**EQUIFAX INFORMATION SERVICES LLC,**

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

Defendant Equifax Information Services LLC ("EIS"), by and through its attorneys, **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiffs CHARLES CURRY and KENDRA CURRY against Defendant EIS are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Plaintiffs under their Complaint against EIS has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against EIS with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against EIS with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 28th day of January, 2009.

| PLAINTIFFS CHARLES & KENDRA CURRY | DEFENDANT EQUIFAX INFORMATION SERVICES LLC |
|---|---|
| By: _____/s/_____<br>Robin A. Abbott, Esquire<br>Virginia State Bar #45696<br>Attorney for Charles and Kendra Curry<br>Consumer Litigation Associates, PC<br>12515 Warwick Boulevard, Suite 100<br>Newport News, Virginia 23606<br>Tel: (757) 930-3660<br>Fax: (757) 930-3662<br>rabbottlaw@msn.com | By: _____/s/_____<br>John W. Montgomery, Jr., Esquire<br>Virginia State Bar #37149<br>Attorney for Equifax Information Services LLC<br>MONTGOMERY & SIMPSON, LLP<br>2116 Dabney Road, Suite A-1<br>Richmond, VA 23230<br>Tel: (804) 355-8744<br>Fax: (804) 355-8748<br>jmontgomery@jwm-law.com |

**SO ORDERED** 1-29-09

_____/s/_____
James R. Spencer
Chief United States District Judge