UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia



CHARLES CURRY and
KENDRA CURRY,

      Plaintiff,

v.                                      Civil Action No. 3:08cv623

WELLS FARGO BANK c/o OPTION ONE
MORTGAGE CORPORATION, et al.,

      Defendants.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, Charles and Kendra Curry and the Defendant Option One Mortgage Corporation n/k/a Sand Canyon ("Sand Canyon") by their respective counsel, and moved the Court to dismiss with prejudice all claims against Sand Canyon in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against Sand Canyon is DISMISSED with prejudice. The case shall proceed against the other remaining defendants.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 17th day of March, 2009.

                                                 /s/
                                      James R. Spencer
                                      **Chief United States District Judge**

US_ACTIVE-101260355.1

WE ASK FOR THIS:

_____
Robin A. Abbott, Esquire
Gary L. Abbott, Esquire
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
rabbottlaw@msn.com
garyabbott9@msn.com
lenbennett@clalegal.com

       Counsel for Plaintiffs

_____
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4069
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com

Alexander Y. Thomas (VSB No. 36170)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
athomas@reedsmith.com

       Counsel for Option One Mortgage Corporation
       n/k/a Sand Canyon Corporation