RECEIVED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division



MAR 2 5 2009

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2009 MAR 23 P 2: 23

US DISTRICT COURT
RICHMOND, VIRGINIA

CHARLES CURRY and
KENDRA CURRY,

    Plaintiffs,

v.

                                  Civil Action No. 3:08cv623

WELLS FARGO BANK, et al.,

    Defendants.

## AGREED DISMISSAL ORDER

    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Charles Curry and Kendra Curry and Defendant Experian, by counsel, hereby stipulate that all the charges and complaints raised against Experian in this action should be dismissed with prejudice.

    Upon the representations of the parties and for other good cause shown, it is hereby ORDERED that the foregoing action against Experian be and the same hereby is DISMISSED WITH PREJUDICE without costs or fees to Experian.

                  ENTER:    MAR 2 5 2009

                              /s/
                        James R. Spencer
                        Chief United States District Judge

WE ASK FOR THIS:

Robin A. Abbott, Esquire
Virginia State Bar No. 46596
Attorney for Charles and Kendra Curry
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:     (757) 930-3660
Facsimile:     (757) 930-3662
rabbottlaw@msn.com

Joseph W. Clark, Esquire
Virginia State Bar No. *42664*
Attorney for Experian Information Service, Inc.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3697
(202) 626-1700
jwclark@jonesday.com