UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHARLES CURRY and
KENDRA CURRY,

    Plaintiffs,

v.                                                       Civil Action No. 3:08cv623

**WELLS FARGO BANK**, et al.,

    Defendants.

## AGREED DISMISSAL ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Charles Curry and Kendra Curry and Defendants Wells Fargo Bank and American Home Mortgage Servicing, Inc., by counsel, hereby stipulate that all the charges and complaints raised against Wells Fargo Bank and American Home Mortgage Servicing, Inc., in this action should be dismissed with prejudice.

Upon the representations of the parties and for other good cause shown, it is hereby ORDERED that the foregoing action against Wells Fargo Bank and American Home Mortgage Servicing, Inc., be and the same hereby is DISMISSED WITH PREJUDICE without costs or fees to Wells Fargo Bank and American Home Mortgage Servicing, Inc. Jurisdiction in this matter is retained solely for the purpose of enforcing the Settlement Agreement resulting in dismissal of the action.

ENTER: 4 / 10 / 2009

                                                    /s/
                                                    James R. Spencer
                                                    Chief United States District Judge



WE ASK FOR THIS:

_____
Robin A. Abbott, Esquire
Virginia State Bar No. 46596
Attorney for Charles and Kendra Curry
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
rabbottlaw@msn.com

_____
Glen M. Robertson, Esquire
Virginia State Bar No. 30161
Attorney for Wells Fargo Bank and
American Home Mortgage Servicing, Inc.
WOLCOTT RIVERS GATES
One Columbus Center, Suite 1100
Virginia Beach, VA 23462
(757) 497-6633
(757) 497-7267 fax
grobertson@wolriv.com